IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA HOECKENDORF,

    Plaintiff,                    No. CIV S-08-1782-DAD P

    vs.

FAIRFIELD POLICE, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, an inmate housed at Solano County Jail, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis.

        Plaintiff's in forma pauperis application does not include a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of the complaint in this action or a Solano County Jail official's certification. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 1, 2008 application to proceed in forma pauperis is denied without prejudice;

/////

1

1    2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a Solano County Jail official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hoec1782.3e