IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOSHUA W. HOECKENDORRF** | ) | No. 2:08 cv-01782 ODW |
| Plaintiff, | ) | |
| vs. | ) | |
| **FAIRFIELD POLICE DEPT.,** **OFFICER SEAN TIMM and** **OFFICER R. MROZ,** | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Plaintiff while a state prisoner proceeding pro se, sought relief pursuant to 42 U.S.C. § 1983 and had requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By Order of this court entered January 24, 2011, that request was granted.

Notice of the Order was returned by the U. S. Postal Service as undeliverable and no forwarding address has been filed with the court. Plaintiff is required to keep the Clerk of Court advised of his current mailing address. Local Rule 83-182 Provides that "each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address." Plaintiff has failed to do so. He has also failed

1 | to make even a partial payment of the $350 filing fee for this action.

2 |      Consequently, this action is hereby DISMISSED.

DATED: May 14, 2011

                                      OTIS D. WRIGHT, II
                              UNITED STATES DISTRICT JUDGE